IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>       Plaintiff,<br><br>    v.<br><br>GOLDEN BEAR RESTAURANT GROUP, INC.<br>dba ARBY'S; A&R INVESTMENT COMPANY;<br>CARISCH, INC. dba ARBY'S; CARISCH<br>BROTHERS, L.P. dba ARBY'S,<br><br>       Defendants. | 2:09-cv-03324-GEB-CMK<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE |

        Since Plaintiff states in his Status Report filed March 15, 2010, that Defendant A&R Investment Company has not been served, it is unclear whether this Defendant will be joined as party and whether the case should be scheduled until the status of this Defendant is clarified.  Therefore, the Status (Pretrial Scheduling) Conference set for March 29, 2010, is continued to April 26, 2010, at 9:00 a.m.  A further joint status report shall be filed no later than fourteen (14) days prior.

        Further, **Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that A&R Investment Company, may be dismissed as a defendant in this action unless Plaintiff provides proof of service or "shows good cause for the failure" to serve A&R**

1  **Investment Company within Rule 4(m)'s 120 day prescribed period, in a**
2  **filing due no later than 4:00 p.m. on April 2, 2010.**

Dated:  March 24, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge