IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOLDEN BEAR RESTAURANT GROUP, ) <br> INC. dba ARBY'S; A&R INVESTMENT ) <br> COMPANY; CARISCH, INC. dba ) <br> ARBY'S; CARISCH BROTHERS, L.P. ) <br> dba ARBY'S, ) <br> ) <br> Defendants. ) <br> _____ ) | 2:09-cv-03324-GEB-CMK <br><br> ORDER GRANTING LEAVE TO FILE <br> SECOND AMENDED COMPLAINT |

On May 5, 2011, Plaintiff filed a motion to amend his complaint, which is unopposed. (ECF Nos. 22-23.) Since the motion is unopposed, the merits of amendment under the good cause standard is not reached and the motion is GRANTED. Therefore, Plaintiff has leave to file the Second Amended Complaint attached to his motion within five (5) days.

Dated: June 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1