1  LYNN HUBBARD, III SBN 69773
   SCOTTLYNN J HUBBARD, IV, SBN 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926
   TELEPHONE: (530) 895-3252
4  FACSIMILE: (530) 894-8244

5  Attorneys for Plaintiff, Lary Feezor

6  WILLIAM L. BAKER, SBN 114454
7  **LAW OFFICES OF WILLIAM L. BAKER**
   1050 FULTON AVENUE, SUITE 218
8  SACRAMENTO, CA  95825
   TELEPHONE:  (916) 978-0772
9  FACSIMILE:   (916) 481-5080

10

11 Attorney for Defendant A & R INVESTMENT COMPANY

12 MARK EMMETT, SBN 182053
   **LAW OFFICES OF MARK EMMETT**
13 1281 E. 5TH AVE.
   CHICO CA 95926
14 TELEPHONE: 530-864-3906
   FACSIMILE:  530-899-7833
15

16 Attorney for Defendant Golden Bear Restaurant Group, Inc. dba Arby's Carisch,
17 Inc. dba Arby's and Carisch Brothers L.P. dba Arby's

18              **THE UNITED STATES DISTRICT COURT**
19            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

20 Lary Feezor,
21                                    ) Case No. 2:09-cv03324-GEB-
       Plaintiff,                     ) CMK
22                                    )
23     vs.                            ) **AMENDED STIPULATION**
                                      ) **TO AMEND THE**
24 Golden Bear Restaurant             ) **SCHEDULIING ORDER TO**
25 Group, Inc. dba Arby's, *et*       ) **EXTEND THE TIME TO**
   *al.*,                             ) **DISCLOSE EXPERT**
26                                    ) **TESTIMONY**
27     Defendants.                    )
   _____  )
28
                                   1

*Feezor v. Golden Bear Restaurant Group, Inc. dba Arby's, et al..*       Case No.: 2:09-CV-03324-GEB-CMK
**Amended Stipulation to Amend the Scheduling Order to Extend the Time to Disclose Expert Testimony**

COMES NOW the parties, through their counsel of record and execute this stipulation regarding the initial disclosure of experts as follows:

1. The deadline to exchange initial expert disclosures shall be extended to September 8, 2011 and any contradictory and/or rebuttal expert disclosures authorized under Rule (a) (2) (c) (ii) on or before October 7, 2011.

Dated: August 8, 2011                             DISABLED ADVOCACY GROUP, APLC


                                                  */s/ Lynn Hubbard, III*
                                                  LYNN HUBBARD, III, ESQ
                                                  Attorney for Plaintiff Lary Feezor


Dated:  August 8, 2011                            LAW OFFICES OF WILLIAM L. BAKER


                                                  */s/ William L. Baker*
                                                  WILLIAM L. BAKER, ESQ.
                                                  Attorney for Defendant
                                                  A & R Investment Company


Dated: August 8, 2011                             LAW OFFICES OF MARK EMMETT


                                                  */s/ Mark Emmett*
                                                  MARK EMMETT, ESQ.
                                                  Attorney for Defendants Carisch, Inc., dba Arby's, Carisch Brothers, L.P. dba Arby's and Golden Bear Restaurant Group, Inc. dba Arby's

2

*Feezor v. Golden Bear Restaurant Group, Inc. dba Arby's, et al..*          Case No.: 2:09-cv-03324-GEB-CMK
**Amended Stipulation to Amend the Scheduling Order to Extend the Time to Disclose Expert Testimony**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER ON STIPULATION

IT IS HEREBY ORDERED that all opening expert witness disclosures pursuant to Rule 26(a)(2) be made on or before September 8, 2011 and any contradictory and/or rebuttal expert disclosures pursuant to Rule 26(a)(2)(c) be made on or before October 7, 2011.

DATED: August 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

*Feezor v. Golden Bear Restaurant Group, Inc. dba Arby's, et al..*   Case No.: 2:09-CV-03324-GEB-CMK
**Amended Stipulation to Amend the Scheduling Order to Extend the Time to Disclose Expert Testimony**