IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARY FEEZOR,

        Plaintiff,

    v.

GOLDEN BEAR RESTAURANT GROUP, INC. dba ARBY'S; A&R INVESTMENT COMPANY; CARISCH, INC. dba ARBY'S; CARISCH BROTHERS, L.P. dba ARBY'S,

        Defendants.

2:10-cv-03324-GEB-GGH

ORDER

        Defendant A & R Investment Company filed a Motion for Declaratory Relief on January 25, 2012, in which it requests "a DECLARATION establishing a duty by DEFENDANTS CARISCH, INC. dba ARBY'S, and CARISCH BROTHERS, L.P. dba ARBY'S to defend and indemnify [it] in this action[.]" (ECF No. 37, 2:10-13.)

        This motion is stricken since it is noticed for hearing after the last hearing date for law and motion prescribed in the April 23, 2010 Status (Pretrial Scheduling) Order. (ECF No. 19, 2:9-10.)

Dated: January 26, 2012

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge