IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor,<br><br>        Plaintiff,<br><br>   v.<br><br>GOLDEN BEAR RESTAURANT GROUP, INC., dba ARBY'S; A&R INVESTMENT COMPANY; CARISCH, INC. dba ARBY'S; CARISCH BROTHERS, L.P. dba ARBY'S,<br><br>        Defendants. | 2:09-cv-03324-GEB-CMK<br><br>ORDER CONTINUING FINAL<br>PRETRIAL CONFERENCE |

        The April 23, 2011, Status (Pretrial Scheduling) Order ("Status Order") scheduled a final pretrial conference in this case for April 16, 2012. The Status Order required the parties to file a **joint** final pretrial statement "not later than seven (7) days prior to the final pretrial conference." (ECF No. 19, 3:3-4.) The parties filed separate final pretrial statements; no **joint** final pretrial statement was filed as required. Further, the declarations filed in connection with the separate pretrial statements do not justify why a joint pretrial statement could not be timely filed. See ECF Nos. 63, 64-1.

        Therefore, the final pretrial conference is rescheduled to commence at 2:30 p.m. on May 21, 2012. A **joint** final pretrial statement shall be filed no later than seven (7) days prior to the final pretrial conference. The parties shall give themselves adequate time to meet and

1 | confer in advance of this filing date to timely prepare and file a **joint**
2 | statement and are warned that the failure to file a **joint** statement may
3 | subject them to sanctions.
4 |     IT IS SO ORDERED.
5 | Dated: April 10, 2012

```
                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge
```