IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
Lary Feezor,                        )
                                    )    2:09-cv-03324-GEB-CMK
              Plaintiff,            )
                                    )
         v.                         )    ORDER CONTINUING FINAL
                                    )    PRETRIAL CONFERENCE
GOLDEN BEAR RESTAURANT GROUP,       )
INC., dba ARBY'S; A&R INVESTMENT    )
COMPANY; CARISCH, INC. dba          )
ARBY'S; CARISCH BROTHERS, L.P.      )
dba ARBY'S,                         )
                                    )
              Defendants.           )
_____    )
```

The April 23, 2011, Status (Pretrial Scheduling) Order ("Status Order") scheduled a final pretrial conference in this case for April 16, 2012. The Status Order required the parties to file a **joint** final pretrial statement "not later than seven (7) days prior to the final pretrial conference." (ECF No. 19, 3:3-4.) The parties filed separate final pretrial statements; no **joint** final pretrial statement was filed as required. Further, the declarations filed in connection with the separate pretrial statements do not justify why a joint pretrial statement could not be timely filed. See ECF Nos. 63, 64-1.

Therefore, the final pretrial conference is rescheduled to commence at 2:30 p.m. on May 21, 2012. A **joint** final pretrial statement shall be filed no later than seven (7) days prior to the final pretrial conference. The parties shall give themselves adequate time to meet and

1

1  confer in advance of this filing date to timely prepare and file a **joint**
2  statement and are warned that the failure to file a **joint** statement may
3  subject them to sanctions.
4          IT IS SO ORDERED.
5  Dated:  April 10, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge