IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARY FEEZOR,                              )
                                         )    2:09-cv-03324-GEB-CMK
                Plaintiff,               )
                                         )
        v.                               )    ORDER
                                         )
GOLDEN BEAR RESTAURANT GROUP,            )
INC. dba ARBY'S; A & R                   )
INVESTMENT COMPANY; CARISCH,             )
INC. dba ARBY'S; CARISCH                 )
BROTHERS, L.P. dba ARBY'S,               )
                                         )
                Defendants.              )
_____        )
                                         )
AND RELATED CROSS-CLAIM                  )
_____        )

        In light of the settlement referenced in Plaintiff's "Notice
of Settlement as to Defendant A & R Investment Company ONLY," filed on
August 30, 2012 (ECF No. 114), A & R Investment Company's pending Motion
to Continue Trial (ECF No. 112) is deemed withdrawn.

Dated:  August 30, 2012


                        _____
                        GARLAND E. BURRELL, JR.
                        Senior United States District Judge

1