1 | LYNN HUBBARD, III, SBN 69773
2 | SCOTTLYNN J HUBBARD, IV, SBN 212970
    DISABLED ADVOCACY GROUP, APLC
3 | 12 Williamsburg Lane
    Chico, CA 95926
4 | Telephone: (530) 895-3252
    Fax: (530) 894-8244

5 | Attorneys for Plaintiff

6 | CATHERINE M. CORFEE, SBN 155064
    CORFEE STONE & ASSOCIATES
7 | 5441 Fair Oaks Boulevard, Suite B-1
    Carmichael, CA 95608
8 | Telephone: (916) 487-5441
    Facsimile: (916) 487-5440
9 |

10 | Attorneys for Defendant
     A & R INVESTMENT COMPANY

11 |

12 |                UNITED STATES DISTRICT COURT

13 |                EASTERN DISTRICT OF CALIFORNIA

14 | LARY FEEZOR,                        Case No. 2:09-cv-03324-GEB-CMK

15 |         Plaintiff,
                                         JOINT STIPULATION FOR
16 | v.                                  DISMISSAL OF DEFENDANT
                                         A & R INVESTMENT COMPANY
17 | GOLDEN BEAR RESTAURANT              and [Proposed] ORDER THEREON
     GROUP, INC., et al.,
18 |
             Defendants.
19 | _____/

20 |

TO THE COURT AND TO ALL PARTIES:

Plaintiff Lary Feezor and defendant A & R Investment Company, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to A & R Investment Company only**.

Nothing in this Joint Stipulation shall be construed to affect plaintiff's complaint and claims against defendants other than defendant **A & R Investment Company**.

Dated: September 26, 2012         DISABLED ADVOCACY GROUP, APLC

                                   */s/   Lynn Hubbard*
                                   LYNN HUBBARD III
                                   Attorney for Plaintiff

Dated: September 26, 2012         CORFEE STONE & ASSOCIATES

                                   */s/  Catherine M. Corfee*
                                   CATHERINE M. CORFEE
                                   Attorney for Defendant A & R Investment Company

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-cv-03324-GEB-CMK, is hereby dismissed with prejudice as to defendant A & R Investment Company.

Dated:  September 28, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge