1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD, IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6  CATHERINE M. CORFEE, SBN 155064
   CORFEE STONE & ASSOCIATES
7  5441 Fair Oaks Boulevard, Suite B-1
   Carmichael, CA 95608
8  Telephone: (916) 487-5441
   Facsimile: (916) 487-5440
9
   Attorneys for Defendant
10 A & R INVESTMENT COMPANY

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14 LARY FEEZOR,                        Case No. 2:09-cv-03324-GEB-CMK

15      Plaintiff,
                                       JOINT STIPULATION FOR
16 v.                                  DISMISSAL OF DEFENDANT
                                       A & R INVESTMENT COMPANY
17 GOLDEN BEAR RESTAURANT              and [Proposed] ORDER THEREON
   GROUP, INC., et al.,
18
        Defendants.
19 _____/

20

21

22

23

24

25

26

27

28

TO THE COURT AND TO ALL PARTIES:

Plaintiff Lary Feezor and defendant A & R Investment Company, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to A & R Investment Company only**.

Nothing in this Joint Stipulation shall be construed to affect plaintiff's complaint and claims against defendants other than defendant **A & R Investment Company**.

Dated: September 26, 2012                DISABLED ADVOCACY GROUP, APLC

                                         */s/   Lynn Hubbard*
                                         LYNN HUBBARD III
                                         Attorney for Plaintiff

Dated: September 26, 2012                CORFEE STONE & ASSOCIATES

                                         */s/  Catherine M. Corfee*
                                         CATHERINE M. CORFEE
                                         Attorney for Defendant A & R Investment Company

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:09-cv-03324-GEB-CMK, is hereby dismissed with prejudice as to defendant A & R Investment Company.

Dated:  September 28, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge