LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
TELEPHONE: (530) 895-3252
FACSIMILE: (530) 894-8244

Attorneys for Plaintiff, Lary Feezor


MARK EMMETT, SBN 182053
**LAW OFFICES OF MARK EMMETT**
1679 FILBERT AVENUE
CHICO CA 95926
TELEPHONE: 530-864-3906
FACSIMILE:  530-899-7833

Attorney for Defendant Golden Bear Restaurant Group, Inc. dba Arby's Carisch, Inc. dba Arby's and Carisch Brothers L.P. dba Arby's

## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lary Feezor, | Case No. 2:09-cv03324-GEB-CMK |
| Plaintiff, | **STIPULATION TO EXTEND THE DATE BY WHICH TO FILE THE STIPULATION FOR DISMISSAL** |
| vs. | |
| Golden Bear Restaurant Group, Inc., *et al*., | |
| Defendants. | |

1

COMES NOW the parties, through their counsel of record and execute this stipulation regarding the dismissal as follows:

The current deadline for the parties to file their stipulation for dismissal is today, November 14, 2012. The parties and their counsel are currently getting the settlement agreement executed and settlement funds paid, but have not been able to complete that process.

As such, the parties respectfully request that the deadline to file the dismissal be extended by one week to November 21, 2012.

Dated: November 14, 2012                    DISABLED ADVOCACY GROUP, APLC


                                            */s/ Lynn Hubbard, III*
                                            LYNN HUBBARD, III, ESQ
                                            Attorney for Plaintiff Lary Feezor


Dated: November 14, 2012                    LAW OFFICES OF MARK EMMETT


                                            */s/ Mark Emmett*
                                            MARK EMMETT, ESQ.
                                            Attorney for Defendants Carisch, Inc.; Carisch Brothers, L.P.; and, Golden Bear Restaurant Group, Inc.

2

*Feezor v. Golden Bear Restaurant Group, Inc., et al*                    Case No.: 2:09-CV-03324-GEB-CMK
Stipulation to Extend the Date by Which to File the Stipulation for Dismissal

## [PROPOSED] ORDER ON STIPULATION

IT IS ORDERED that the parties shall file their stipulation on or before November 21, 2012.

**Date:** **11/14/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3

*Feezor v. Golden Bear Restaurant Group, Inc., et al*          Case No.: 2:09-cv-03324-GEB-CMK
Stipulation to Extend the Date by Which to File the Stipulation for Dismissal