IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARY FEEZOR,                         )
                                     )   2:09-cv-03324-GEB-CMK
            Plaintiff,               )
                                     )
      v.                             )   ORDER TO SHOW CAUSE
                                     )
GOLDEN BEAR RESTAURANT GROUP,        )
INC. dba ARBY'S; CARISCH,            )
INC. dba ARBY'S; CARISCH             )
BROTHERS, L.P. dba ARBY'S,           )
                                     )
            Defendants.*             )
_____ )
                                     )
AND RELATED CROSS-CLAIM              )
_____ )

        The October 15, 2010 Minutes for the settlement conference held before Magistrate Judge Dale A. Drozd on that date state that the "case settled" and "dismissal [is] due within 30 days from today's date." (ECF No. 121.) The parties subsequently obtained an extension until November 21, 2012, to file a dispositional document. (ECF No. 124.) No dispositional document has been filed.

        Therefore, the parties are Ordered to Show Cause ("OSC") in a writing to be filed no later than January 18, 2013, why this action should not be dismissed. See E.D. Cal. R. 160(b) ("A failure to file

---

    * The caption has been amended according to the stipulated dismissal of Defendant A & R Investment Company. (See ECF No. 118.)

1

1  dispositional papers on the date prescribed by the Court may be grounds
2  for sanctions."). Should the parties fail to timely respond to the OSC,
3  the action will be dismissed.
4          IT IS SO ORDERED.
5  Dated:  January 10, 2013
6
7  _____
   GARLAND E. BURRELL, JR.
8  Senior United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2