IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOLDEN BEAR RESTAURANT GROUP,<br>INC. dba ARBY'S; CARISCH,<br>INC. dba ARBY'S; CARISCH<br>BROTHERS, L.P. dba ARBY'S,<br><br>　　　　　Defendants.*<br>_____<br><br>AND RELATED CROSS-CLAIM<br>_____ | 2:09-cv-03324-GEB-CMK<br><br><u>ORDER TO SHOW CAUSE</u> |

　　　　The October 15, 2010 Minutes for the settlement conference held before Magistrate Judge Dale A. Drozd on that date state that the "case settled" and "dismissal [is] due within 30 days from today's date." (ECF No. 121.) The parties subsequently obtained an extension until November 21, 2012, to file a dispositional document. (ECF No. 124.) No dispositional document has been filed.

　　　　Therefore, the parties are Ordered to Show Cause ("OSC") in a writing to be filed no later than January 18, 2013, why this action should not be dismissed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to file

---

　　　*　　The caption has been amended according to the stipulated dismissal of Defendant A & R Investment Company. (<u>See</u> ECF No. 118.)

1

1  dispositional papers on the date prescribed by the Court may be grounds
2  for sanctions."). Should the parties fail to timely respond to the OSC,
3  the action will be dismissed.
4          IT IS SO ORDERED.
5  Dated:  January 10, 2013

```
                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge
```