IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
LARY FEEZOR,                       )
                                   )   2:09-cv-03324-GEB-CMK
                Plaintiff,         )
                                   )
          v.                       )   DISMISSAL ORDER
                                   )
GOLDEN BEAR RESTAURANT GROUP,      )
INC. dba ARBY'S; CARISCH,          )
INC. dba ARBY'S; CARISCH           )
BROTHERS, L.P. dba ARBY'S,         )
                                   )
                Defendants.        )
_____   )
                                   )
AND RELATED CROSS-CLAIM            )
_____   )
```

On October 15, 2012, this action settled during a settlement conference before Magistrate Judge Dale A. Drozd. A Minute Order followed, which states in relevant part: "SETTLEMENT CONFERENCE held on 10/15/2012. After settlement negotiations, CASE SETTLED. Court noted, due to the telephonic appearance, court recited a summary of the terms and conditions of settlement on the record in open court, with parties in agreement." (ECF No. 121.)

Further, a stipulation signed by all parties to A & R Investment Company's cross-action was filed on January 15, 2013, which dismissed with prejudice the cross-action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 126.)

1

1    Since this action has been settled and sufficient reason has
2 not been provided for this action to continue pending on the Court's
3 docket, this action is dismissed and shall be closed.
4 Dated: January 24, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2