IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | ) |
| | ) 2:09-cv-03324-GEB-CMK |
| Plaintiff, | ) |
| | ) |
| v. | ) DISMISSAL ORDER |
| | ) |
| GOLDEN BEAR RESTAURANT GROUP, INC. dba ARBY'S; CARISCH, INC. dba ARBY'S; CARISCH BROTHERS, L.P. dba ARBY'S, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| AND RELATED CROSS-CLAIM | ) |
| _____ | ) |

On October 15, 2012, this action settled during a settlement conference before Magistrate Judge Dale A. Drozd. A Minute Order followed, which states in relevant part: "SETTLEMENT CONFERENCE held on 10/15/2012. After settlement negotiations, CASE SETTLED. Court noted, due to the telephonic appearance, court recited a summary of the terms and conditions of settlement on the record in open court, with parties in agreement." (ECF No. 121.)

Further, a stipulation signed by all parties to A & R Investment Company's cross-action was filed on January 15, 2013, which dismissed with prejudice the cross-action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 126.)

Since this action has been settled and sufficient reason has not been provided for this action to continue pending on the Court's docket, this action is dismissed and shall be closed.

Dated: January 24, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge